1  Ann M. Cerney, SBN: 068748
   Attorney at Law
2  42 North Sutter Street, Suite 400
   Stockton, California  95202
3  Telephone: (209) 948-9384
   Facsimile:  (209) 948-0706
4
5  Attorney for Plaintiff

6

7

8      **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

9

10 LINDA S. CHURCH,                          CASE NO. 2:12-cv-01618-DAD

                        Plaintiff,          **STIPULATION AND ORDER**
11                                          **EXTENDING PLAINTIFF'S TIME TO**
                                            **FILE A MOTION FOR SUMMARY**
12 vs.                                      **JUDGMENT**

13 MICHAEL J. ASTRUE,
   Commissioner of Social Security,
14
                        Defendant.
15 _____/

16         IT IS HEREBY STIPULATED by and between the parties, through their respective

17 undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion For

18 Summary Judgment in the above-referenced case is hereby extended from the present due date of

19 February 18, 2013, by thirty days, to the new response date of March 20, 2013, and that

20 Defendant's brief will be due April 19, 2013.  This extension is requested because Plaintiff

21 has a particularly heavy briefing schedule this month.

   DATED: February 14, 2013
22
                                            BENJAMIN B. WAGNER
23                                          United States Attorney
                                            CRACE M. KIM
24                                           Regional Chief Counsel, Region IX

25 /s/ Ann M. Cerney                        /s/ Carolyn B. Chen
   _____                        _____
26 ANN M. CERNEY,                           CAROLYN B. CHEN,
   Attorney for Plaintiff                   (As authorized via E-mail on 2/12/13)
27                                          Special Assistant U S Attorney
                                            Attorneys for Defendant
28
   _____
                                            1

Ann M. Cerney, SBN: 068748
Attorney at Law
42 North Sutter Street, Suite 400
Stockton, California  95202
Telephone: (209) 948-9384
Facsimile:  (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

—o0o—

LINDA S. CHURCH,

               Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

               Defendant.
_____/

CASE NO.  2:12-cv-01618-DAD

**ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT**

      Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby APPROVED.

      Plaintiff shall file her Motion For Summary Judgment on or before March 20, 2013.

      SO ORDERED.

DATED: February 15, 2013.

*Dale A. Drozd*
_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\church1618.stip.eot