Ann M. Cerney, SBN: 068748
Attorney at Law
42 North Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA S. CHURCH, | CASE NO. 2:12-cv-01618-DAD |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of February 18, 2013, by thirty days, to the new response date of March 20, 2013, and that Defendant's brief will be due April 19, 2013. This extension is requested because Plaintiff has a particularly heavy briefing schedule this month.

DATED: February 14, 2013

                                                             BENJAMIN B. WAGNER
                                                             United States Attorney
                                                             CRACE M. KIM
                                                             Regional Chief Counsel, Region IX

| | |
|---|---|
| */s/ Ann M. Cerney* | */s/ Carolyn B. Chen* |
| ANN M. CERNEY, | CAROLYN B. CHEN, |
| Attorney for Plaintiff | (As authorized via E-mail on 2/12/13) |
| | Special Assistant U S Attorney |
| | Attorneys for Defendant |

---

1

STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT

1 | Ann M. Cerney, SBN: 068748
Attorney at Law
2 | 42 North Sutter Street, Suite 400
Stockton, California  95202
3 | Telephone: (209) 948-9384
Facsimile:  (209) 948-0706
4
5 | Attorney for Plaintiff
6
7
8 | **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**
9 | —o0o—
10 | LINDA S. CHURCH,                              CASE NO.  2:12-cv-01618-DAD
11 |                   Plaintiff,                 **ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT**
12 | vs.
13 | MICHAEL J. ASTRUE,
Commissioner of Social Security,
14
15 |                   Defendant.
_____/
16 |     Pursuant to the stipulation of the parties showing good cause for a requested first
17 | extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby
18 | APPROVED.
19 |     Plaintiff shall file her Motion For Summary Judgment on or before March 20, 2013.
20 |     SO ORDERED.
21 | DATED: February 15, 2013.
22
23 |                                       _/s/ Dale A. Drozd_____
DALE A. DROZD
24 |                                       UNITED STATES MAGISTRATE JUDGE
25
26 | Ddad1\orders.soc sec\church1618.stip.eot
27
28