ANN M. CERNEY, SBN: 068748
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA S. CHURCH,<br><br>  Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>  Defendant | No. 2:12-cv-01618-DAD<br><br>STIPULATION AND ORDER<br>FOR THE AWARD OF ATTORNEY FEES<br>PURSUANT TO THE EQUAL ACCESS TO<br>JUSTICE ACT, 28 U.S.C. § 2412(d) |

   IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the EAJA in the amount of FOUR THOUSAND THREE HUNDRED TWENTY-FIVE dollars and 0 cents ($4,325.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412.

   After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  Pursuant to Astrue v. Ratliff, 130 S. Ct. 2521 (2010), the ability to honor the

STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO
THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

assignment will depend on whether the fees and expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset. Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Ann M. Cerney, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Respectfully submitted,

Dated: May 16, 2014            */s/ Ann M. Cerney*
                               ANN M. CERNEY
                               Attorney for Plaintiff


                               BENJAMIN B. WAGNER
                               United States Attorney
                               DONNA L. CALVERT
                               Acting Regional Chief Counsel


Date: May 16, 2014             */s/ Carolyn Chen*
                               (As authorized via email on 05/15/14)
                               CAROLYN CHEN
                               Special Assistant United States Attorney

STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO
THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  May 16, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec
church1618.stip.eaja.ord.docx

STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)